MICHELLE A. BLACKWELL, OSB #002070
Email: mblackwell@wlrlaw.com
R. SCOTT PALMER, OSB #764073
Email: rspalmer@wlrlaw.com
WATKINSON LAIRD RUBENSTEIN
BALDWIN & BURGESS, P.C.
Attorneys at Law
101 East Broadway, Suite 200
Eugene, OR 97401
Telephone: 541-484-2277
Facsimile: 541-484-2282
    Attorneys for Plaintiff Rodney L. Scevers

FILED'09 APR 17 15:48USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RODNEY L. SCEVERS,<br>                              Plaintiff,<br>v.<br>COUNTRYWIDE BANK, FSB,<br>                             Defendant. | Case No. 08-6170-AA<br><br>STIPULATED JUDGMENT OF DISMISSAL |

       Based upon the settlement between the parties; and

       Based upon the stipulation of the parties by and through their respective attorneys of record, set forth below.

       In accordance with, and based upon the stipulation of the parties hereto, and it appearing that the within matter has been fully compromised and settled;

///

///

///

///

///

**IT IS HEREBY ORDERED AND ADJUDGED** that in accordance with Fed. R. Civ. P. 41(a)(1), this action, including all claims, is hereby dismissed with prejudice and without costs, disbursements, or attorney fees to any party.

Dated: 4/17/09

_____
The Honorable Ann Aiken
Chief Judge, U.S. District Court

IT IS SO STIPULATED:

WATKINSON LAIRD RUBENSTEIN
BALDWIN & BURGESS, P.C.


By____/s/ Michelle A. Blackwell_____
    Michelle A. Blackwell, OSB #002070
    (541) 484-2277
    Of Attorneys for Plaintiff


LANE POWELL P.C.


By____/s/ Pilar French_____
    Pilar French
    (503) 778-2170
    Of Attorneys for Defendant

STIPULATED JUDGMENT OF DISMISSAL - Page 2 of 2
StipJDismissal(040309mab).doc